**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BRADLEY CARTER,** *pro se***,**

    **Plaintiff,**

v.                                        Case No.  8:13-cv-143-T-30TBM

**COURTESY AUTOMOTIVE GROUP,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion to Strike, Motion for Summary Judgment (Dkt. 12).  Plaintiff filed the motion on April 10, 2013, seeking an entry of summary judgment and requesting the Court to strike Defendant's motion to dismiss as a "sham pleading."  However, on April 9, 2013, the Court granted Defendant's motion to dismiss without prejudice to Plaintiff to file an amended complaint in compliance with the Federal Rules of Civil Procedure.  Accordingly, Plaintiff's motion for summary judgment and motion to strike are denied as moot.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion to Strike, Motion for Summary Judgment (Dkt. 12) is DENIED as moot.

2. In accordance with the Court's Order of April 9, 2013 (Dkt. 10), Plaintiff may file an amended complaint within twenty (20) days of the date of that Order.

**DONE** and **ORDERED** in Tampa, Florida on April 11, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2013\13-cv-143.denystrikesummaryjudgment.frm