## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**BRADLEY CARTER**, *pro se*,

    **Plaintiff,**

v.                                                                                      Case No.  8:13-cv-143-T-30TBM

**COURTESY AUTOMOTIVE GROUP,**

    **Defendant.**

_____/

## **ORDER**

    THIS CAUSE comes before the Court upon Plaintiff's Motion to Dismiss Summary Judgment, Motion to Sanction Defendant for Its Action Before this Honorable Court (Dkt. 15).  It is not clear what relief Plaintiff is seeking or if the document is merely a response to Defendant's motion to dismiss, which was granted on April 9, 2013.

    If the document is a motion for summary judgment, it should be denied as premature because Plaintiff recently filed his amended complaint and the time has not yet expired for Defendant to file a responsive pleading, much less for discovery to have commenced.  If the document is a motion for sanctions, it should be denied for failure to comply with Rule 11 of the Federal Rules of Civil Procedure which requires a motion for sanctions be made separately from any other motion and must describe the specific conduct that allegedly violates Rule 11(b). Fed. R. Civ. P. 11(c)(1).  Additionally, a party must wait twenty-one days after service of the motion on the other party before filing it with the court, but only if the other party fails to withdraw or correct the alleged violation.

Lastly, Plaintiff appears to operate under several misunderstandings. First, this Court has not held a hearing in this case. Second, the Federal Rules of Civil Procedure govern this action, not the Florida Rules of Civil Procedure. Third, the Local Rules dictate that a party has seventeen (17) days to respond to a motion, not twenty (20) days.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion to Dismiss Summary Judgment, Motion to Sanction Defendant for Its Action Before this Honorable Court (Dkt. 15) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on April 25, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2013\13-cv-143.denysanctions.frm